IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAWN V. JOHNSON                                                                                         PLAINTIFF

VS.                                        NO. 4:06-CV-01175 BD

CELESTINA BRYSON, *et al.*                                                                     DEFENDANTS

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed this date, Judgment is hereby granted to all Defendants in their official capacities.

DATED this 5th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE